**BROWN & CONNERY, LLP**
ATTORNEYS AT LAW
360 HADDON AVENUE
WESTMONT, NEW JERSEY 08108
(856) 854-8900
FAX (856) 858-4967

William F. Cook, Esq.
*Certified by the Supreme Court of New Jersey as a Civil Trial Attorney*
wcook@brownconnery.com

August 26, 2026

***Via ECF***

**Honorable Elizabeth A. Pascal, U.S.M.J.**
United States District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th and Cooper Streets
Camden, New Jersey 08102

**Re: Tyler Williams, et al. v. Cherry Hill Township, et al.**
**Docket No.: 1:25-cv-00780-ESK-EAP**
**Our File No. 25-0109**

Dear Judge Pascal:

This firm represents Defendant Cherry Hill Township (the "Township") in the above matter. This action was initiated by a pair of Property owners against the Township and the Township Board of Education alleging improper stormwater management that resulted in flooding of Plaintiffs' Property.[1] The matter is currently in expert discovery.

We respectfully write to advise the Court of an issue regarding the Township's efforts to schedule a site inspection by its engineering expert and Plaintiffs' unresponsiveness to same.

On August 6th, 2026, our office emailed Plaintiffs' counsel requesting to schedule the expert site inspection with proposed dates of August 19th and 20th. Our office received no response. On August 18th, our office sent another email to Plaintiffs' counsel indicating that our expert remained available to conduct the inspection on August 20th and requesting that they advise whether the inspection could proceed on that date. Alternatively, we requested Plaintiffs' counsel provide dates when the inspection could proceed. We further advised that we wanted to avoid needing intervention by the Court. Again, our office received no response.

---

[1] The Board of Education is represented by separate counsel.

Per the March 26, 2026 Amended Scheduling Order (ECF No. 40), the Township must serve its expert reports by September 14, 2026. At this time, it is unlikely that the Township's engineering expert will be able to produce a timely report given his inability to inspect Plaintiffs' Property.

The Township made good faith efforts to resolve this issue without the Court's intervention. Due to the lack of response from Plaintiffs' counsel, it has been unable to do so. Therefore, the Township respectfully requests a conference with Your Honor to resolve the issue in advance of the impending expert report deadline of September 14, 2026.

Thank you.

Respectfully submitted,

**BROWN & CONNERY, LLP**

/s/ William F. Cook
William F. Cook, Esquire

WFC/
cc: All Counsel of Record (via ECF)